Fill in this information to identify the case:

Debtor 1: Lakeisha Denise Jones

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern    District of IN
(State)

Case number: 19-05414-JMC-13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

Court claim no. (if known): 11

Last 4 digits of any number you use to identify the debtor's account: 5 9 8 1

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes.  Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 9/30/19 | (5) $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify:_____ | | (11) $ _____ |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Lakeisha Denise Jones | Case number (if known) | 19-05414-JMC-13 |
| | First Name　Middle Name　Last Name | | |

**Part 2:　Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle Ghidotti-Gonsalves　　　　　Date 11 / 18 / 2019
　Signature

Print:　Michelle Ghidotti-Gonsalves　　　　Title　Authorized Agent
　　　　First Name　Middle Name　Last Name

Company：Ghidotti Berger, LLP

Address：1920 Old Tustin Ave.
　　　　　Number　Street
　　　　　Santa Ana, CA  92705
　　　　　City　　　　State　ZIP Code

Contact phone　(949) 427 – 2010　　　　Email　mghidotti@ghidottiberger.com

Official Form 410S2　　Notice of Postpetition Mortgage Fees, Expenses, and Charges　　page **2**

## CERTIFICATE OF SERVICE

On November 18, 2019, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Robert Brynjelsen
Email: inn@geracilaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton

On November 18, 2019, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
|---|---|
| DEBTOR<br>Lakeisha Denise Jones<br>2873 Wolfgang Dr<br>Indianapolis, IN 46239<br><br>TRUSTEE<br>Ann M. DeLaney<br>Office of Ann M. Delaney<br>PO Box 441285<br>Indianapolis, IN 46244 | U.S. TRUSTEE<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton